**William E. ALTON, Plaintiff–Appellant,**

v.

**CORRECTIONAL MEDICAL SERVICES; Wexford & Associates Contractors; Isais Tessama, MD; Mickels, MD; Barbara Newlon; Beverly Sparks, P.A.; Victor Jackson; J.P. Morgan, Warden; Maryland Department of Public Safety and Correctional Services; Kathleen Green, ECI Warden; David Mathis, MD; Nursing Staff; McDonald, P.A., Defendants–Appellees.**

No. 11–6666.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 18, 2011.

Decided: Aug. 23, 2011.

William E. Alton, Appellant Pro Se. Philip Melton Andrews, Katrina J. Dennis, Kramon & Graham, PA, Baltimore, Maryland; Erin O'Brien Millar, Valerie L. Tetro, Whiteford, Taylor & Preston, LLP, Baltimore, Maryland; Stephanie Judith Lane Weber, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WILKINSON, DAVIS, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William E. Alton, III, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Alton v. Corr. Med. Servs.*, No. 1:10–cv–02365– WMN, 2011 WL 1466503 (D.Md. Apr. 18, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*